No. 579. UNION JOINT STOCK LAND BANK OF DETROIT v. BYERLY. May 20, 1940. *Ante,* p. 1.

No. 587. UNITED STATES v. CITY AND COUNTY OF SAN FRANCISCO. May 20, 1940. *Ante,* p. 16.

No. 667. CARLSON v. CALIFORNIA. May 20, 1940. *Ante,* p. 106.

No. 729. GOLDSMITH v. UNITED STATES. May 20, 1940. 309 U. S. 678.

No. 793. STEELMAN ET AL. v. WICHITA FALLS & SOUTHERN RY. Co. May 20, 1940. 309 U. S. 687.

No. 844. FLORIDA EX REL. GARLAND v. CITY OF WEST PALM BEACH;

No. 845. FLORIDA EX REL. YOEMAN v. CITY OF SARASOTA; and

No. 846. FLORIDA EX REL. GARLAND v. CITY OF SARASOTA. May 20, 1940. 309 U. S. 639, 640.

Nos. 614 and 615, October Term, 1938. FARMERS' LOAN & TRUST CO., TRUSTEE, ET AL. v. BOWERS, EXECUTOR. May 27, 1940. Motion for leave to file a second petition for rehearing denied. MR. JUSTICE REED took no part in the consideration or decision of this application. 308 U. S. 634.

No. 381. RIECK v. HELVERING, COMMISSIONER OF INTERNAL REVENUE. May 27, 1940. Motion for leave to file a petition for rehearing denied. 308 U. S. 602.